Case 1:10-cv-04433-ILG -SMG Document 1-2 Filed 09/27/10 Page 1 of 12

Sunday, September 05, 2010

 News Feed



## Search the website

Type keywords and hit er

- Home
- E-commerce
- Entrepreneurs
- Featured
- Human Resources
- Management
- Public Relations
- About us

# joanna clark-simpson opinion corp

Filed under joanna clark-simpson opinion corp

U.S. consumer advocacy and customer complaints website, PissedConsumer.com, has introduced Google Custom Search to the site's features. The new on-site search platform allows visitors to search the main site's company profiles and consumer complaints, while at the same time searching the community forums for additional feedback on a company, product, or service. In the past, searching for consumer reports across the entire site and attached community could only be conducted through multiple searches. The process was streamlined to help users find more consumer reviews in a shorter amount of time when conducting research before making purchasing decisions.

Pissed Consumer

"When someone is making a decision of whether or not to do business with a person or company, it's common for them to want to hear past experiences first," says Joanna Simpson of PissedConsumer.com. "We designed PissedConsumer.com to allow for a variety of feedback and company information such as formal consumer complaints, company profiles, and more casual conversations about customer experiences in the forum. Unfortunately, the previous search functions couldn't operate for both the primary site and the forum, meaning both a site and forum search needed to be completed to find full consumer feedback from our users about any given company. The adaptability of Google's Custom Search allows us to offer both in a more convenient single-search option."

In addition to searching the PissedConsumer.com forums and standard consumer complaints, the new

Case 1:10-cv-04433-ILG -SMG   Document 1-2   Filed 09/27/10   Page 2 of 12

integrated Google Custom Search feature allows visitors to also search reviews with pictures (in a separate section of the site from standard consumer reviews), consumer advocacy information, consumer tips, and the site's collection of government resources.

"The new search feature helps more than consumers," says Simpson. "It can also be used by professionals and companies to search for, and respond to, consumer complaints and feedback more efficiently."

About PissedConsumer.com

PissedConsumer.com is a premier consumer advocacy group, featuring service reviews and customer complaints in a social networking environment. The company uses online tools to publicize reviews and complaints filed by consumers on the Internet. In addition, the site offers a set of free tools necessary to bring the dispute to a fast and successful resolution, including a consumer complaint letter generator and collection of consumer tips and advice in the site's consumer advocacy section.

For more information about PissedConsumer.com, please visit www.PissedConsumer.com or contact Joanna Simpson at 646-202-1809.

Author Information

Joanna Clark-Simpson
Opinion Corp



# eNews & Updates

Sign up to receive breaking news
as well as receive other site updates!

Enter your email address   GO

# Global Connection

home     site map     enquiries

## Customer Complaints get Global Support at Consumer Advocacy Site, PissedConsumer.com

**Related Searches**

### Joanna Simpson Pissedconsumer

- Free Internet Connection
- Broadband
- Internet Connections
- Network
- Marketing

- Home Business Connection Magazine
- Home Business
- Market Index
- Business Connection
- Home Business Connection



New York, NY (Vocus) March 2, 2009 -- U.S. consumer complaints website, www.PissedConsumer.com, is going beyond pushing into other English-speaking markets like the U.K. and Australia to create a truly global consumer advocacy (http://www.pissedconsumer.com/consumer-advocacy.html) resource. The site now welcomes non-English customer complaints and feedback on products, services, and companies in any language.

"Companies are increasingly conducting business in a global marketplace, and consumer advocacy groups need to acknowledge that," says Joanna Simpson of PissedConsumer.com. "A company's behavior overseas has long had an impact on U.S. customers, such as through fair trade issues. But previously, the public would have had a difficult time finding specific examples of how companies actually treated individual customers elsewhere. By breaking down the language barriers, PissedConsumer.com is attempting to give buyers globally a broader look at the companies they do business with."

Worldwide consumers are already taking advantage of the service. The largest groups of non-English consumer complaints (http://www.pissedconsumer.com) since the policy change include Spanish, French, and German.

"There are many situations where a company's interaction with consumers internationally could be of interest to those conducting business locally," says Simpson. "The travel industry is an excellent example of this. For instance, a U.S. resident may choose to fly on a relatively small international airline, where there are more reviews from past customers overseas than those locally. Hotels are another example. Even hotels in a familiar chain might be significantly different overseas than in the user's home country, and gathering diverse feedback before an international trip could help consumers avoid unpleasant surprises when they arrive."

Visitors can post customer complaints (http://www.pissedconsumer.com/post-complaint.html) or even positive company reviews, empowering the general consumer population to make better choices in who they conduct business with, now in their native language. Other users can leave further comments or clarification, and access to other consumer advocacy services is also provided. PissedConsumer.com even offers premium reputation management solutions to professionals and companies looking to track and respond to consumer complaints beyond the basic comment platform.

About PissedConsumer.com

PissedConsumer.com is a premier consumer advocacy group, featuring consumer reviews and complaints in a social networking environment. The company uses online tools to publicize reviews and complaints filed by consumers on the Internet. In addition, the site offers a set of free tools necessary to bring the dispute to a fast and successful resolution, including a consumer complaint letter generator and collection of consumer tips and advice in the site's consumer advocacy section.

For more information about PissedConsumer.com, please visit www.PissedConsumer.com or contact Joanna Simpson at 646-202-1809.

### The International Connection -- Virtual Assistants Globally Taking Us To New Frontiers
We all know that virtual assistants can work globally, but making it happen in your own business can be a challenge if you are used to working exclusively with local clients. I know.

### Career Connection Network Launches Career Social Networks In Partnership With Fortune 500 Companies
Major corporate brands agree that the greatest recruiting need for 2008 will be reaching passive talent. Career Connection Network launches the newest social networking technology enabling companies to engage and build relationships with hard-to-reach industry talent.

### MEDIA GLOBO Calls for Global Support of The OBAMA Movement
MGLO Chairman Urges World Leaders to Endorse Barack Obama Presidency

### Dial Connection selects Payment Vision® to offer electronic payment gateway services to customers of its call center software, Dial Connection Prospe
Dial Connection, one of the leading providers of call center productivity solutions for the banking, collections, and mortgage industry announced today that customers of its DPTS Enterprise Edition will have access to the gateway services of Payment Vision®, the popular payment gateway powered by Autoscribe Corp.

# # #

This press release has been reprinted from PRWEB per the terms and conditions of the copyright notice.

**Rate This Article:** · · Submit

**Keyword Search**

[                              ] Search

**Popular Searches:**

Free Internet Connection, Broadband, Internet Connections, Network

Privacy Policy | Copyright/Trademark Notification

http://www.PissedConsumer.com releases a free consumer complaints and reviews app for the iPhone and iPad, allowing consumers to file mobile consumer complaints" />



This site is hosted by MacConnect    Login • Register • Contact • Advanced Search    Follow Us:

Home   iPhone / iPad   iPod / iTunes   iLife / iWork   Software   Blogs   Reviews   Games   Forum    Search

## PissedConsumer.com Releases Free Consumer Complaints iPhone and iPad App

By Staff Thursday, April 08, 2010.
Tags: News •

 Other Sites



745 U.S. consumer advocacy and customer complaints Web site, PissedConsumer.com, makes consumer complaints mobile with the launch of a new free app available for the iPhone, iPad, and iPod Touch. Users can download the app through the iTunes store and use it to file and search consumer complaints on-the-go.

"The new iPhone app is designed to let consumers file complaints when issues arise before they have a chance to forget the details," said Joanna Simpson of PissedConsumer.com. "With access to a mobile device like the iPhone or iPad they can use our consumer complaints submission form right away, making sure all details are posted accurately for the benefit of other consumers. It also allows users to search consumer complaints while they're away from home."

With access to a mobile device like the iPhone or iPad they can use our consumer complaints submission form right away, making sure all details are posted accurately for the benefit of other consumers. It also allows users to search consumer complaints.

The idea is to put user-friendly tools and information in the hands of average consumers so they can report and access information about companies they deal with. For example, someone could search for consumer complaints about several area restaurants before deciding where to eat. Then they can report their own consumer complaint, or praise of the restaurant they chose, to the site before they even leave.

"The app was developed to simplify the process of reporting and using data available on PissedConsumer.com from a mobile platform," said Simpson. "It's about giving consumers up-to-the-minute information about the places where they eat, shop or conduct other business. Our hope is that people will report not only more, but more accurate, consumer reviews when they can post on-the-spot instead of waiting to get in front of a computer."

Consumers can find out more about the new Pissed Consumer app for the iPhone and iPad by visting iTunes Website or they can download the free app through the iTunes store.

PissedConsumer.com is a premier consumer advocacy group, featuring consumer reviews and complaints in a social networking environment. The company uses online tools to publicize reviews and complaints filed by consumers on the Internet. In addition, the site offers a set of free tools necessary to bring the dispute to a fast and successful resolution, including a consumer complaint letter generator and collection of consumer tips and advice in the site's consumer advocacy section.

For more information about the Pissed Consumer service and new

**Follow Us**

### Recent News

- Applelinks Tech Web Reader - Friday, September 3, 2010
- Applelinks iOS News Reader - Friday, September 3, 2010
- Operating System And Browser Market Shares For August
- Applelinks Tech Web Reader - Thursday, September 2, 2010
- Applelinks iPhone And iPad News Reader - Thursday, September 2, 2010
- Apple Introduces New iPod touch
- Apple Reinvents iPod nano With Multi-Touch Interface
- Apple Premieres New Apple TV for Breakthrough Price of $99
- Apple Unveils New iPod shuffle
- Apple Introduces iTunes 10 With Ping
- Applelinks Tech Web Reader - Wednesday, September 1, 2010
- Applelinks iPhone And iPad News Reader - Wednesday, September 1, 2010
- Applelinks Tech Web Reader - Tuesday, August 31, 2010
- Applelinks iPhone News Reader - Tuesday, August 31, 2010
- Applelinks Tech Web Reader - Monday, August 30, 2010

### Most Popular

- Game Review - The Sims 2: Open for Business
- Yes: Running System Maintenance Routines Really Can Help - OS X Odyssey 857
- Hands On Mac - Connecting Two Macs Via A Simple Ethernet Network
- Getting The Most Out Of PDF In OS X

### iPod

- Apple Introduces New iPod touch
- Apple Reinvents iPod nano With Multi-Touch Interface
- Apple Unveils New iPod shuffle
- iKlenz Cleaner Solution for iPad, iPhone 3GS, iPhone 3G, iPhone, iPod Touch 2G, iPod Touch



**Cool Mac Gear**

- iPhone
- iPod nano
- iPod Touch
- iPod Classic
- iPod Repairs
- FM Transmitters
- MacBook
- Garageband



iPhone app, please visit http://PissedConsumer.com or contact Joanna Simpson at 262-674-6466.

Tags: News •

## Reader Comments

Login   or   Register

Name:

Email:

Location:

URL:
http://

Smileys

☐ Remember my personal information

☐ Notify me of follow-up comments?

Submit the word you see below:



[ Submit ]  [ Preview ]

### iPhone
- Applelinks iOS News Reader - Friday, September 3, 2010
- Applelinks iPhone And iPad News Reader - Thursday, September 2, 2010
- Applelinks iPhone And iPad News Reader - Wednesday, September 1, 2010
- Applelinks iPhone News Reader - Tuesday, August 31, 2010

### iLife
- Manage Bookmarks with Google Reader
- Find Files Via Smart Folders
- Startup key combinations for Intel-based Macs
- Add Spotlight Comments To Files

### Reviews
- Apricorn Aegis NetDock Drive And Docking Station For Laptops And Netbooks - Applelinks Review
- Review - Adobe Camera Raw CS5 (v6.1)
- AnyBizSoft Releases PDF to EPUB for Mac eBook Software - 30% Discount Offer For Applelinks Readers
- Review - Adobe Photoshop CS5

### Software Updates
- Get AnyBizSoft PDF to Word for Mac Utility For Free ( $39.95 Value) - Special, Limited Time Offer
- Apple Releases Safari 5.0
- Songbird 1.7.2 Versatile Open-source Music And Media Player
- Macsupport.com Launches Parental Controls Service & Free Trial for Worried Mac Moms and Dads

### Games
- Coladia and Anuman announces Nostradamus - The Last Prophecy for MacOS X
- Biblicious is the first iPad-ready Bible Trivia app
- Macgamestore.com Releases Warbirds: Dogfights Digital Download
- Razer Reaffirms Commitment To Support Mac Users

### Hot Topics
- Operating System And Browser Market Shares For August
- Apricorn Aegis NetDock Drive And Docking Station For Laptops And Netbooks - Applelinks Review
- Parents Contend School Wi-Fi Networks Make Their Kids Sick
- Review - Adobe Camera Raw CS5 (v6.1)

Ads by Google

**CedMar B2B Collections**
Dispute Resolution Experts! Without Traditional Bill Collectors
www.cedmar.com

**Pay Off Debts Fast & Save**
Reduce Your Debts & Save - Apply for Free to Payoff Debts Fast
FreedomFinancialNetwor

**Collection Agency Rates**
Compare Business Collection Firms Free Quotes - Save Time & Money
CollectionAgency.BuyerZ

Apple Store

iPod touch
From $229.
[ Buy now ▶ ]
Fast, free shipping

| Home | iPhone | iPod / iTunes | iLife / iWork | Software | Blogs | Reviews | Forum | [ Search ] |

## Applelinks
Macintosh, iPod, and iPhone news, reviews, and how-tos.

Login • Register • Contact • Newsletter • Advanced Search



It wasn't easy to get here.    ➤ ancestry.com

Case 1:10-cv-04433-ILG -SMG   Document 1-2   Filed 09/27/10   Page 7 of 12



Login

| Front Page | Arts | Business | Education | Environment | Government | Industry | Lifestyle | Sports | Tech | Other |

Monday, September 6, 2010                                    RSS | E-mail Newsletters | Put PRWeb on your site

## Pissed Consumer Phone Number and Contact Information

Online consumer complaints Web site, www.PissedConsumer.com, clears up some confusion about a phone number being incorrectly advertised by a third party as associated with the consumer advocacy site.

New York, NY (PRWEB) March 1, 2010        ShareThis   Email   PDF   Print

U.S. consumer advocacy and customer complaints Web site, PissedConsumer.com, reminds consumers that they do not provide telephone support, regardless of misleading posts circulating online with a telephone number supposedly associated with the site. Consumers or company representatives seeking information should use the mailing address or e-mail form available on the contact page located at http://www.pissedconsumer.com/contact.html.

"PissedConsumer.com wants to make sure consumers don't inadvertently try to contact us using an incorrect phone number," said Joanna Simpson of PissedConsumer.com. "The phone number being associated with the site is not being published by PissedConsumer.com representatives, but by one or more third party sources."

The telephone number being incorrectly associated with the PissedConsumer brand name is an 877 toll-free number, ending in 0996. Initial research suggests that the number actually belongs to an Internet reputation repair and search engine services company, and not the consumer complaints site.

"If consumers and businesses want to reach us about their questions or concerns, they should always do so using the contact information publicly available on our site," said Simpson. "Despite the fact that this issue is out of our hands, we apologize for any confusion it might have caused to our users. At this time we recommend that they try to avoid the repeated messages posted around the Web, and visit the site directly if they need to contact us while we continue to look into this matter."

The false phone number has so far been published mostly on websites that allow user-submitted corporate profiles. The reputation management company at the advertised phone number is not associated with the reputation management services available through PissedConsumer.com. Details on PissedConsumer.com's official reputation management services can be found at http://www.pissedconsumer.com/reputation-management.html.

About PissedConsumer.com

PissedConsumer.com is a premier consumer advocacy group, featuring consumer reviews and complaints in a social networking environment. The company uses online tools to publicize reviews and complaints filed by consumers on the Internet. In addition, the site offers a set of free tools necessary to bring the dispute to a fast and successful resolution, including a consumer complaint letter generator and collection of consumer tips and advice in the site's consumer advocacy section.

For more information about PissedConsumer.com and the recent confusion over how consumers and company representatives can properly contact someone with the consumer complaints site, please visit PissedConsumer.com or contact Joanna Simpson at 262-674-6466.

###

Share:



**Pissed Consumer**



**Contact**

**Joanna Clark Simpson**

262-674-6466
Email

**Past News Releases**        Subscribe

PissedConsumer.com Releases Free...
Protect Yourself this Holiday...
New Free Online Tool Makes...

> "If consumers and businesses want to reach us about their questions or concerns, they should always do so using the contact information publicly available on our site"



Enter URL like:  g

# pissedconsumer.com

## Overview

### Title:

Consumer Complaints, Reports, Scams and
Service Reviews



### Description:

The largest consumer reviews site, thousands
of product reviews and consumer reports. Post
your complaint for free. Share your unbiased
consumer review for the product or service with
other customers. Are you ready to say: I am
pissed?, The largest consumer reviews site,
thousands of product reviews and consumer
reports. Post your complaint for free. Share
your unbiased consumer review for the product or service with other customers. Are you ready to sa
pissed?

| | | | |
|---|---|---|---|
| siteValue: | $ 126,320 (€85,823) | googlePR: | 3 |
| googleLinks: | 0 | googleIndexedPages: | 18,700 |
| yahooLinks: | 6,170 | bingRelated: | 0 |
| technoratiLinks: | 0 | subdomains: | 72 |
| blogReferences: | N/A | diggSubmissions: | 68 |
| yahooAnswersBacklinks: | 88 | | |

Pissedconsumer.com is the 102,970th largest site within COM and the 6,630th largest site in the world

## Registrant:

Domain Name: PISSEDCONSUMER.COM

Registrar: GODADDY.COM, INC.

Whois Server: whois.godaddy.com

Referral URL: http://registrar.godaddy.com

Name Server: NS27.DOMAINCONTROL.COM

Name Server: NS28.DOMAINCONTROL.COM

Status: clientDeleteProhibited

Status: clientRenewProhibited

Status: clientTransferProhibited

Status: clientUpdateProhibited

Updated Date: 06-nov-2009

Creation Date: 05-nov-2006

Expiration Date: 05-nov-2011



Alexa Rank:

**N/A**                                                     IP:

**N/A**

| | |
|---|---|
| Site Language: | **N/A** |
| DailyUniquePageviews: | **78,771** |
| Website Status: | **N/A** |
| Information Last Update: | **N/A** |
| ipLocation: | **N/A** |
| Site Tags: | **N/A** |
| Similar Sites: | **N/A** |

Pissedconsumer.com is the 10,980th largest site within .COM and the 16,830th largest site in the world

Sevensideos.com is the 10,980th largest site within .COM and the 16,830:th largest site in the world

Case 1:10-cv-04433-ILG -SMG    Document 1-2    Filed 09/27/10    Page 10 of 12

**Trailing 1 month:**



**Trailing max:**



Pissedconsumer.com is the 10,290th largest site within COM and the 16,830th largest site in the world

Case 1:10-cv-04433-ILG -SMG   Document 1-2   Filed 09/27/10   Page 11 of 12

- Home
- About us
- Contact us

Enter your search keywor ➡





- SUBSCRIBE TO THE RSS FEED
- SUBSCRIBE TO THE FEED VIA E-MAIL

- Home
- Country Music
- Fashion
- Featured
- Foreign Policy
- Graphic Design
- Men's Interests
- Olympics

# lori burgess philadelphia wine school

## Savvy Shoppers Now Find Consumer Complaints More Easily at PissedConsumer.com

U.S. consumer advocacy and customer complaints website, www.PissedConsumer.com, completed several site enhancements to help visitors research and leave consumer reports faster through a more straightforward Web2.0 interface. Improved search and category-based icons work together to simplify each user's access to consumer information whether they're interested in a specific company or type of complaint (such as for professional services or retail stores).

Pissed Consumer

"An uninformed consumer is much more likely to become an unhappy consumer," says Joanna Simpson of PissedConsumer.com. "Our redesign emphasizes ease of access to put more information in the hands of the buying public. Our new listing icons make it easy for a visitor to quickly scan the listings for consumer complaints and reviews they might actually be interested in, especially when

Case 1:10-cv-04433-ILG -SMG   Document 1-2   Filed 09/27/10   Page 12 of 12

they don't have a particular company in mind. When they do want to research a specific business, our Google custom search results help them find the most relevant reviews quickly."

Another benefit of the new PissedConsumer.co 00004000 m design is increased transparency. Usernames and the date and time of posts are now viewable on the front-end of the site, giving visitors more insight into the consumer complaints. "Sometimes complaints have to be taken into context," says Simpson. "An old complaint may not carry as much weight with someone as a string of very recent complaints, and that information is now available to help our visitors make better decisions. This is especially important when visitors are using the improved search feature on the site, because the most relevant result to their search term may not necessarily be the most recent. Now they'll know. We also expect it will help companies better respond to complaints since recent complaints may be easier for them to research and address than reports from several months ago."

PissedConsumer.com gives users more than a place to vent their frustrations with businesses. They can also share positive customer service stories for companies they want to recommend, and they can discuss consumer advocacy information in the forums. The site also features a list of government resources and consumer tips, helping visitors make better buying decisions based on consumer reports.

About PissedConsumer.com

PissedConsumer.com is a premier consumer advocacy group, featuring consumer reviews and complaints in a social networking environment. The company uses online tools to publicize reviews and complaints filed by consumers on the Internet. In addition, the site offers a set of free tools necessary to bring the dispute to a fast and successful resolution, including a consumer complaint letter generator and collection of consumer tips and advice in the site's consumer advocacy section.

For more information about PissedConsumer.com, please visit www.PissedConsumer.com or contact Joanna Simpson at 646-383-3404.

Author Information

Joanna Clark Simpson
Opinion Corp

  

- POPULAR
- FEATURED
- TAG CLOUD

- SMB Technology Network & ContractEdge Fo...
- South Jersey and Philly Welcome Dr. Sieg...