Darren H. Goldstein, Esq. (DHG 9804)
Abbe F. Fletman, Esq. (admitted pro hac vice)
Alexis Arena, Esq. (admitted pro hac vice)
FLASTER/GREENBERG P.C.
1600 John F. Kennedy Blvd., Suite 200
Philadelphia, PA  19103
*Attorneys for plaintiff Ascentive, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENTIVE, LLC, | : |
| Plaintiff, | : Civil Action No. 1:2010-cv-04433 |
| v. | : |
| OPINION CORP. d/b/a PISSEDCONSUMER.COM, MICHAEL PODOLSKY, JOANNA SIMPSON, and ALEX SYROV, | : **NOTICE OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| Defendants. | : |

TO: Ronald D. Coleman, Esquire
GOETZ FITZPATRICK LLP
One Penn Plaza, Suite 4401
New York, NY 10119
(212) 695-8100
rcoleman@goetzfitz.com
*Attorneys for Defendants Opinion Corp.,
Michael Podolsky & Alex Syrov*

PLEASE TAKE NOTICE that for the reasons set forth in the accompanying memorandum of law and attached declarations and exhibits, which are incorporated by reference herein, the plaintiff Ascentive, LLC, moves the Court for an order granting its request for a preliminary injunction.

2

PLEASE TAKE FURTHER NOTICE that a proposed form of order is attached.

By: /s/
Darren H. Goldstein, Esq. (DHG 9804)
Abbe F. Fletman, Esq. (admitted pro hac vice)
Alexis Arena, Esq. (admitted pro hac vice)
FLASTER/GREENBERG P.C.
1600 John F. Kennedy Blvd., Suite 200
Philadelphia, PA 19103

Dated: November 23, 2010 *Attorneys for plaintiff Ascentive, LLC*