**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ASCENTIVE, LLC, | : |
| | : |
| Plaintiff, | : Civil Action No. 1:2010-cv-04433 |
| v. | : |
| OPINION CORP. d/b/a | : |
| PISSEDCONSUMER.COM, MICHAEL | : |
| PODOLSKY, JOANNA SIMPSON, and | : |
| ALEX SYROV, | : |
| | : |
| Defendants. | : |
| | : |

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR A PRELIMINARY INJUNCTION**

AND NOW this _____ day of _____ 2010, upon consideration of the motion

for preliminary injunction of plaintiff Ascentive, LLC ("Ascentive"), and the response of

defendants Opinion Corp. d/b/a PissedConsumer.com, Michael Podolsky, and Alex Syrov

("Defendants"), if any, and after a hearing, if any, and having determined that:

1.　　　　Ascentive will suffer immediate and irreparable harm if defendants Opinion Corp.

d/b/a PissedConsumer.com, Michael Podolsky and Alex Syrov are permitted to continue to: (1)

use Ascentive's trademarks in commerce and in connection with advertisements displayed on the

website PissedConsumer.com; and (2) encourage the display of negative content at

Ascentive.PissedConsumer.com and FinallyFast.PissedConsumer.com as part of its racketeering

scheme and commercial bribery, attempted commercial bribery, extortion and attempted

extortion of Ascentive;

2.　　　　Ascentive is likely to succeed on the merits of its claims of racketeering under the

civil Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) and (d), based

on predicate acts of extortion and/or commercial bribery; trademark infringement; unfair

competition; unfair acts and practices; false designation of origin; and/or tortious interference with contractual and prospective contractual relations, or a serious question goes to the merits of its claims to make them a fair ground for trial;

3.      Ascentive lacks an adequate remedy at law;

4.      The balance of hardships tips in Ascentive's favor; and

5.      The public interest weighs in favor of the requested relief;

**IT IS HEREBY** ORDERED **that the motion is** GRANTED:

PissedConsumer and its officers, partners, agents, subcontractors, servants, employees, subsidiaries and related companies or entities, and all others acting in concert or participating with it or with actual notice of such order, are enjoined from:

(a) directly or indirectly using Ascentive's trademarks or terms confusingly similar to them in commerce, including but not limited to any use of Ascentive's trademarks in metadata;

(b) directly or indirectly using Ascentive's trademarks or terms confusingly similar to them in connection with any domain or subdomain owned by Defendants, including but not limited to any continuing use of the subdomains Ascentive.PissedConsumer.com and FinallyFast.PissedConsumer.com;

2.      This ORDER will take affect upon the posting of a bond in the amount of $_____.

By the Court:

_____
THE HONORABLE I. LEO GLASSER