

# FLASTER GREENBERG
ATTORNEYS AT LAW • A PROFESSIONAL CORPORATION

Four Penn Center
1600 John F. Kennedy Boulevard
2nd Floor
Philadelphia, PA 19103
(215) 279-9393
Fax: (215) 279-9394
www.flastergreenberg.com

ABBE F. FLETMAN
Direct Dial: (215) 279-9388
E-Mail: abbe.fletman@flastergreenberg.com

November 10, 2011

**VIA UPS OVERNIGHT**

Senior Judge I. Leo Glasser
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Room 921 South
Brooklyn, NY 11201

Re: *Ascentive, LLC and Classic Brands, LLC v. Opinion Corp. d/b/a PissedConsumer.com, et al.,*
Civil Action No. 1:10-cv-00443-ILG-SMG (E.D.N.Y.)

Dear Judge Glasser:

The plaintiffs in the above-referenced matters, Ascentive, LLC, and Classic Brands, LLC, submit this joint letter to the Court concerning their pending motions for preliminary injunctions, which were filed approximately one year ago. Plaintiffs' April, 2011, motions to supplement the record in support of their preliminary injunction motions are also still pending.

Given what we understand to be Your Honor's extremely full docket, plaintiffs would have no objection to this case being referred to Chief Magistrate Judge Steven M. Gold for disposition under Rule 72(b) of the Federal Rules of Civil Procedure. Chief Magistrate Judge Gold has become familiar with the facts at issue through his resolution of discovery matters in this case, and accordingly, such a referral would serve judicial economy.

We also raise this issue in light of the irreparable harm the plaintiffs are continuing to suffer as a result of the conduct of the defendants. Unfortunately, the current state of affairs has made it challenging for the plaintiffs to successfully do business. Each and every day the conduct continues, so do the losses to the plaintiffs' businesses, affecting not only the lives of the

Senior Judge I. Leo Glasser
November 10, 2011
Page 2

business owners but of their employees. Therefore, we respectfully request that the Court consider referring the pending motions to Magistrate Judge Gold pursuant to Rule 72.

Respectfully,

*Abbe F. Fletman* (signature)

Abbe F. Fletman

cc: Chief Magistrate Steven M. Gold (via UPS overnight)
Ronald Coleman, Esquire (via UPS overnight)
Matthew Wagner (via UPS overnight)