IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENTIVE, LLC, and<br>CLASSIC BRANDS, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>OPINION CORP. d/b/a<br>PISSEDCONSUMER.COM, MICHAEL<br>PODOLSKY, and ALEX SYROV,<br><br>  Defendants. | Civil Action No. 1:2010-cv-04433-ILG-SMG |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the remaining parties have reached an agreement in the above-captioned matter and hereby file this Joint Stipulation and Order of Dismissal to dismiss the above-referenced action in its entirety, with prejudice and without costs.

**GOETZ FITZPATRICK, LLP**

By: /s/ *Joel MacMull*
Joel MacMull
jmacmull@goetzfitz.com
One Penn Plaza
Suite 4401
New York, NY 10119

*Attorneys for counterclaim plaintiff*
*Opinion Corp. d/b/a*
*PissedConsumer.com*

**FLASTER/GREENBERG P.C.**

By: /s/ *Abbe F. Fletman*
Abbe F. Fletman
abbe.fletman@flastergreenberg.com
1600 John F. Kennedy Blvd.
Four Penn Center, 2nd Floor
Philadelphia, PA 19103
(215) 279-9388

*Attorneys for counterclaim defendant*
*Ascentive, LLC*

**BY THE COURT:**

Dated: _____     _____
                 THE HONORABLE I. LEO GLASSER