# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASCENTIVE, LLC, and<br>CLASSIC BRANDS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>OPINION CORP. d/b/a<br>PISSEDCONSUMER.COM, MICHAEL<br>PODOLSKY, and ALEX SYROV,<br><br>    Defendants. | Civil Action No. 1:2010-cv-04433-ILG-SMG<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br><br>★ AUG 07 2012 ★<br><br>**BROOKLYN OFFICE** |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the remaining parties have reached an agreement in the above-captioned matter and hereby file this Joint Stipulation and Order of Dismissal to dismiss the above-referenced action in its entirety, with prejudice and without costs.

**GOETZ FITZPATRICK, LLP**

By:    /s/ *Joel MacMull*
       Joel MacMull
       jmacmull@goetzfitz.com
       One Penn Plaza
       Suite 4401
       New York, NY 10119

       *Attorneys for counterclaim plaintiff*
       *Opinion Corp. d/b/a*
       *PissedConsumer.com*

Dated: 8/7/12

**FLASTER/GREENBERG P.C.**

By:    /s/ *Abbe F. Fletman*
       Abbe F. Fletman
       abbe.fletman@flastergreenberg.com
       1600 John F. Kennedy Blvd.
       Four Penn Center, 2nd Floor
       Philadelphia, PA 19103
       (215) 279-9388
       *Attorneys for counterclaim defendant*
       *Ascentive, LLC*

**BY THE COURT:**    s/ILG

_____
THE HONORABLE I. LEO GLASSER